IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL A. CORNEJO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CAUSE NO.: 4:14-cv-53 |
| THOMAS VANVLEET, in his official capacity as | ) |
| Sheriff of Newton County; DAVID KESSLER, | ) |
| in his official capacity as Jail Commander of the | ) |
| Newton County Jail; NEWTON COUNTY SHERIFF'S | ) |
| DEPARTMENT; SARGEANT SHANNON | ) |
| COTHRAN; DEPUTY CHRIS WILSON; and | ) |
| DEPUTY BRIAN RUNYON, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Michael A. Cornejo.

*/s/ Stephen M. Wagner*
Stephen M. Wagner, Atty. No. 18248-49
WAGNER REESE, LLP
11939 North Meridian Street
Carmel, IN 46032
Tel: (317) 569.0000
Fax: (317) 569-8088
Email: SWagner@injuryattorneys.com