IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL A. CORNEJO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CAUSE NO.: 4:14-cv-53 |
| THOMAS VANVLEET, in his official capacity as | ) |
| Sheriff of Newton County; DAVID KESSLER, | ) |
| in his official capacity as Jail Commander of the | ) |
| Newton County Jail; NEWTON COUNTY SHERIFF'S | ) |
| DEPARTMENT; SARGEANT SHANNON | ) |
| COTHRAN; DEPUTY CHRIS WILSON; and | ) |
| DEPUTY BRIAN RUNYON, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

**To:**   **Thomas VanVleet, Sheriff**
**Newton County Sheriff's Department**
**304 East Seymour Street**
**Kentland, IN  47951**

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above.  A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within 45 days from the date shown below, which is the date this notice was sent.  Two copies of the wavier form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy.  You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date of this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   June 16, 2014        */s/ Stephen M. Wagner*
                             Stephen M. Wagner, Attorney for Plaintiff
                             W<small>AGNER</small> R<small>EESE</small>, LLP
                             11939 North Meridian Street
                             Carmel, IN  46032
                             Tel:  (317) 569-0000/Fax:  (317) 569-8088

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL A. CORNEJO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CAUSE NO.: 4:14-cv-53 |
| THOMAS VANVLEET, in his official capacity as | ) |
| Sheriff of Newton County; *et al.*, | ) |
| | ) |
| Defendants. | ) |

**WAIVER OF THE SERVICE OF SUMMONS**

To:  Stephen M. Wagner

      I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

      I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objection to the absence of a summons or of service.

      I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 16, 2014, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

Thomas VanVleet, in his official capacity
as Sheriff of Newton County_____
*Printed name of the party*
*Waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

_____
*Printed Name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone Number*

_____
**Duty to Avoid Unnecessary Expense of Serving Summons**
      Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses in serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.
      "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.
      If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.
      If you waive service, then you must, within the time specified on the waiver from, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning this waiver form, you are allowed more time to respond than if a summons had been served.