

THE
MEDIATION
GROUP

June 17, 2015

The Honorable James T. Moody
Judge, United States District Court
Hammond Division
5400 Federal Plaza, Suite 4100
Hammond, IN 46320

    Re:    The Mediation of Cornejo v. Newton County, et al.
           Cause No.:    4:14-cv-53-JTM-JEM

Dear Judge Moody:

    I am pleased to report that the above-referenced matter settled following the second mediation session.

    If you need anything further, please do not hesitate to call.

               Very truly yours,

               Neil Bemenderfer
               Mediator
               *nbemenderfer@mede8.com*

NB: jb
cc:    Counsel of Record

mede8.com

317.569.3000 phone
317.569.0930 fax

LOCATIONS

**Indianapolis North**
(Mailing Address)
8888 Keystone Crossing
Suite 1500
Indianapolis, IN 46240

**Indianapolis Downtown**
310 North Alabama
Suite 250
Indianapolis, IN 46204

**Civil Mediators**
James A. Fels
T. Neil Bemenderfer
Richard C. Kraege
Denise Page
Steven H. Frank
Chic Born
Russell J. Sanders
Thomas D. Collignon
Lorrie K. Ridder

**Domestic Mediators**
Alicia A. Gooden
Phyllis S. Armstrong
Thomas D. Collignon