78663\DOC#407\BLR\gsr

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL A. CORNEJO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS VAN VLEET, in his offical )<br>capacity as Sheriff of Newton County; )<br>DAVID KESSLER, in his official capacity )<br>as Jail Commander of the Newton County )<br>Jail; NEWTON COUNTY SHERIFF'S )<br>DEPARTMENT; SERGEANT SHANNON )<br>COTHRAN; DEPUTY CHRIS WILSON; )<br>and DEPUTY BRIAN RUNYON, )<br>)<br>Defendants. ) | CAUSE NO:  4:14-cv-53-JTM-JEM |

## STIPULATION FOR DISMISSAL

COME NOW all parties of record, by their respective counsel, and show unto the Court that all claims herein against the Defendants have been amicably adjusted by the parties. The parties now move the Court to dismiss this cause of action in its entirety against Defendants with prejudice. The parties stipulate to the entry of an order of dismissal with prejudice. Each party to bear its own costs.

Respectfully Submitted,

/s/Brooke L. Riffell
Brooke L. Riffell (#25072-64)
William G. Murphey (#27266-64)
Kopka Pinkus Dolin PC
9801 Connecticut Drive
Crown Point, IN  46307
*Attorneys for Defendants.*

/s/Stephen M. Wagner
Stephen M. Wagner
Wagner Reese, LLP
11939 N. Meridian Street
Carmel, IN  46032
*Attorney for Plaintiff*

I hereby certify that on **July 27**, **2015,** I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to the following:

Stephen M. Wagner
Wagner Reese, LLP
11939 N. Meridian Street
Carmel, IN 46032
swagner@injuryattorneys.com

                                                  /s/*Genevieve Richardson*
                                                  Genevieve Richardson